IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

JOHN F. BELTON, )
Register No. 529740, )
 )
            Plaintiff, )
 )
           v. ) No. 05-4198-CV-C-NKL
 )
DENIS AGNIEL, Chairman, Missouri Board )
of Probation and Parole, et al., )
 )
           Defendants. )

## ORDER

On August 18, 2005, the United States Magistrate Judge recommended dismissing plaintiff's claims. The parties were advised they could file written exceptions to the recommendation, pursuant to 28 U.S.C. § 636(b)(1)(C).

The court has conducted a de novo review of the record, including the exceptions filed by plaintiff on September 7, 2005. The issues raised in plaintiff's exceptions were adequately addressed in the report and recommendation. Plaintiff has no liberty interest in parole or conditional release under Missouri law. The court is persuaded that the recommendation of the Magistrate Judge is correct and should be adopted.

Inmates who file an appeal with the United States Court of Appeals for the Eighth Circuit are required to pay the full $255.00 appellate filing fee, regardless of the outcome of the appeal. *Henderson v. Norris*, 129 F.3d 481, 484 (8th Cir. 1997). The filing of a notice of appeal is considered a consent by the inmate to allow prison officials to deduct an initial partial appellate filing fee and later installments from the prisoner's account.

IT IS, THEREFORE, ORDERED that plaintiff's claims are dismissed for failure to state a claim on which relief can be granted under 42 U.S.C. § 1983.

/s/

NANETTE K. LAUGHREY
United States District Judge

Dated: December 6, 2005
Jefferson City, Missouri

2