# UNITED STATES DISTRICT COURT

## Western District of Missouri

*JUDGMENT IN A CIVIL CASE*

JOHN F. BELTON, Register No. 529740

      *v.*

DENIS AGNIEL, Chairman, Missouri Board of Probation and Parole

*Case Number:  05-4198-CV-C-NKL*

_     **Jury Verdict.** *This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.*

_X     **Decision by Court.**  *This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.*

      *IT IS ORDERED AND ADJUDGED*

–     *that plaintiff's claims are dismissed for failure to state a claim for which relief can be granted under 42 U.S.C. § 1983.*

**ENTERED ON:  December 6, 2005**

_____        _____

December 6, 2005              *PATRICIA L. BRUNE*

*Date*                               *Clerk*

                                   */s L. Bax*
                                   *(By) Deputy Clerk*